**No. 63843.**—John V. Carr & Son, Inc. *v.* United States, protest 220489–K (Detroit).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise identified on the commercial invoices as "2″ x ¼″" and "1⅝″. x ¼″" consists of copper rods similar in all material respects to those the subject of *H. J. Van Der Ryn, Inc., et al. v. United States* (40 Cust. Ct. 90, C.D. 1964), the claim of the plaintiff was sustained.